**Entered on Docket**
**May 24, 2017**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed May 24, 2017

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>New Eagle Home Improvement, Inc.,<br>      Debtor. | No. 15-40841<br>Chapter 7 |
| Lois Brady, Chapter 7 Trustee,<br>      Plaintiff.<br><br>   v.<br><br>Yi Chin Lee,<br>      Defendant. | Adv. Pro. No. 15-4108 |

### MEMORANDUM RE: LACK OF PROSECUTION

On January 13, 2017, the Court held a hearing in the above-captioned adversary proceeding. At the conclusion of the hearing, Plaintiff indicated that she would be pursuing a default judgment against Defendant. However, as of the date of this memorandum, Plaintiff has not taken any further action. The Court hereby requests that Plaintiff file a dispositive motion or otherwise inform the Court as to the status of the case. Failure to do so by Wednesday June 7, 2017 may result in the case being dismissed for lack of prosecution without further notice or hearing.

### *END OF MEMORANDUM*

1

| | |
|---|---|
| 1 | |
| 2 | <u>**COURT SERVICE LIST**</u> |
| 3 | **Elizabeth Berke-Dreyfuss** |
| 4 | Wendel, Rosen, Black and Dean<br>1111 Broadway 24th Fl. |
| 5 | Oakland, CA 94607 |
| 6 | **Yi Chin Lee** |
| 7 | 1055 Mohr Lane<br>Concord, CA 94518 |